

**20-M-004870**

### COMMONWEALTH VS. NEFF, ROBERT

**JEFFERSON DISTRICT COURT**

Filed on **05/27/2020** as **MISDEMEANOR** with **HON. STEPHANIE BURKE**
Disposition on **10/12/2020** by **HON. STEPHANIE BURKE**

**** NOT AN OFFICIAL COURT RECORD ****

| Case Memo | 20-M-004870 |
|---|---|
| *ARRSTDT = 05/27/2020* | |

| Parties | 20-M-004870 |
|---|---|

**NEFF, ROBERT** as **DEFENDANT / RESPONDENT**
DOB: **01/28/1995**   Race: **W**  Sex: **M**  Hispanic: **N**

| Address |
|---|
| 113 LAURIE VALLEE |
| LOUISVILLE KY 40223 |

**TINNEL, CHAD (PIU),** as **COMPLAINING WITNESS**

| Address |
|---|
| LOUISVILLE METRO POLICE DEPT |
| 768 BARRET AVE |
| LOUISVILLE KY 40204 |

**SCHROERING, STEVEN CLARK** as **ATTORNEY FOR DEFENDANT**

| Address |
|---|
| 517 WEST ORMSBY AVENUE |
| LOUISVILLE KY 40203 |

**E T (INDIVIDUAL),** as **VICTIM**

| Address |
|---|
| 312 SHAWNEE TERRACE |
| LOUISVILLE KY 40212 |

| Charges | 20-M-004870 |
|---|---|

**HARASSMENT (PHYSICAL CONTACT) NO INJURY - 525.070(1)(A)**

CHARGE 1 ORIGINAL 0024070

Charged on **03/10/2020** by citation **0L2247474-1**

**DISMISSED** Disposition on **10/12/2020** by **NO TRIAL**

*Merge*

**OFFICIAL MISCONDUCT-1ST DEGREE - 522.020**

CHARGE 2 ORIGINAL 0026580

Charged on **03/10/2020** by citation **0L2247484-1**

**DISMISSED** Disposition on **10/12/2020** by **NO TRIAL**

*Merge*

**OFFICIAL MISCONDUCT-1ST DEGREE - 522.020**

CHARGE 3 ORIGINAL 0026580

Charged on **03/10/2020** by citation **0L2247484-2**

**GUILTY** Disposition on **10/12/2020** by **NO TRIAL**

Sentenced on **10/12/2020** cost amount of **$145.00**

JAIL: **180 days** ( **180 days** Conditional)

*CD 2 YRS*

**OFFICIAL MISCONDUCT-1ST DEGREE - 522.020**

CHARGE 4 ORIGINAL 0026580

Charged on **03/10/2020** by citation **0L2247484-3**

**GUILTY** Disposition on **10/12/2020** by **NO TRIAL**

Sentenced on **10/12/2020**

JAIL: **180 days** ( **180 days** Conditional)

*CD 2 YRS*

**SEXUAL ABUSE - 3RD DEGREE - 510.130**

CHARGE 5 ORIGINAL 0017090

Charged on **03/10/2020** by citation **0L2247484-4**

**AMENDED DOWN** Disposition on **10/12/2020** by **NO TRIAL**

**SEXUAL MISCONDUCT - 510.140**

CHARGE 5 AMENDED 0017100

Charged on **10/12/2020** by citation **0L2247484-4**

**GUILTY** Disposition on **10/12/2020** by **NO TRIAL**

*alford*

Sentenced on **10/12/2020**

JAIL: **180 days** ( **180 days** Conditional)

*CD 2 YRS*

**SEXUAL ABUSE - 3RD DEGREE - 510.130**

CHARGE 6 ORIGINAL 0017090

Charged on **03/10/2020** by citation **0L2247474-2**

**DISMISSED** Disposition on **10/12/2020** by **NO TRIAL**

*Merge*

| Documents | 20-M-004870 |
|---|---|
| **ORDER FOR INSTALLMENT PAYMENTS WITH SHOW CAUSE ORDER** entered on **10/12/2020** | |
| **ORDER FOR CONDITIONAL DISCHARGE** entered on **10/12/2020** | |
| **MAIL RETURNED UNDELIVERED** filed on **10/20/2020**<br>*return order of probation/contional discharge* | |
| **NOTICE - OTHER** filed on **12/22/2020**<br>*NOTICE REGARDING CMC* | |
| **EXHIBIT** filed on **01/06/2021**<br>*EXHIBIT* | |

| Events | 20-M-004870 |
|---|---|
| **TO ENTER PLEA** scheduled for **10/12/2020 02:00 PM** in room **HJ204** with **HON. STEPHANIE BURKE** | |

**Super Memo**

10/12/2020CHG:1 HARASSMENT (P HYSICAL CONTACT) NO INJURY; CIT#:0L2247474-1CHG:2 OFFICIAL MISCON DUCT-1ST DEGREE; CIT#:0L2247484-1 DISMISSED MERGE NO TRIAL10/12/ 2020 ATTY PRESENT AD SCHROERING, STEVEN CLARK @91005431585;{VIA PHONE } DEF PRESENT{VIA PHONE} CHG:3 OFFICIAL MISCONDUCT-1ST DEG REE; CIT#:0L2247484-2 PLEA GUILT Y,FINDING - GUILTY NO TRIAL SEN TENCE DETAILS - SEN DATE = 10/12/2020 JUDGE = HON. STEPHANIE BURKE SENNUM = 1 SENTENCE MONE Y - NET AMOUNT: $145.00 (ASSESSED$ 145.00);SENTENCE TIME - NET TIME INCARCERATED: 0 DAYS ( TIME INCARCERATED 180 DAYS; CONDITIONALLY DISCHARGED 180 DAYS ); SENTENCE OT HER OPTIONS - CD 2 YEARS; CONCURRENTCONDITIONS BATTERERS INTERVE NTION PROGRAM CONDITIONS NO CONT ACT W PROCWIT, NO OTHER VIOLATIONS MUST PAY TODAY $0.00 MUST BE PAID IN FULL BY CRT (CRIMINAL COURTROOM 102) 01/08/202110:00 AMOR RETURN FOR SHOW CAUSE INSTALLPAY DETAILS10/12/2020CHG:4 OFF ICIAL MISCONDUCT-1ST DEGREE; CIT#: 0L2247474-3 PLEA GUILTY, FINDING - GUILTY NO TRIAL SENTENCE DET AILS - SEN DATE = 10/12/2020 JUDGE = HON. STEPHANIEBURKE SENNUM =1 SENTENCE TIME - NET TIME INCARCERATED: 0 DAYS ( TIME INCARCERATED 180 DAYS; CONDITIONALLY DISCHARGED 180 DAYS ); SENTENCE OT HER OPTIONS - CD2 YEARS; CONCURRENT CONDITIONS BATTERERS INTERVE NTION PROGRAM, NO CONTACT W PROCWIT CONDITIONS NO OTHER VIOLATIONS 10/12/2020CHG:6 SEXUAL ABUSE - 3RD DEGREE; CIT#:0L2247474-6 DISMISSED MERGE NO TRIAL10/12/ 2020 ATTY PRESENT AD SCHROERI NG, STEVEN CLARK @91005431585;{VIA PHONE} DEF PRESENT{VIA PHONE } CHG:5 SEXUAL ABUSE - 3RD DEGREE;CIT#:0L2247484-4 NO TRIAL AMENDDO WN TO 0017100 ( SEXUAL MISCONDUCT) CHG: 5A SEXUAL MISCONDUCT;C IT#:0L2247484-4 PLEA GUILTY,FI NDING - GUILTY NO TRIAL{ALFORD} SENTENCE DETAILS - SEN DATE =10/12/2020 JUDGE =HON. STEPHANIE BURKE SENNUM = 1 SENTENCE TIME - NET TIME INCARCERATED: 0 DAYS ( TIME INCARCERATED 180 DAYS; CONDITIONALLY DISCHARGED 180 DAYS ); SE NTENCE OTHER OPTIONS - CD2 YEARS;CONCURRENT Conditions Batterer s Intervention Program, No Contact w ProcWit, No Other Violations Add Document ORDER FOR CONDITIONAL DISCHARGE 10/12/2020

| Super Memo | 20-M-004870 |
|---|---|

E #3761773THE AFFIANT, DET C TIN NELL LMPD 7742, SAYS THAT ON 3/10/ 2020 THRU 3/11/2020, IN JEFFERSONCOUNTY, KENTUCKY, THE ABOVE-NAMED DEFENDANT UNLAWFULLY...THE AFFIANT STATES THE FOLLOWING COMPLAINTAGAINST THE ABOVE NAMED DEFENDANTUNLAWFULLY: TOUCHED VICTIM (E.T.)IN APPROPRIATELY WHILE VICTIM WASAT HER PLACE OF EMPLOYMENT THORNTON'S.ON 03/10/2020 WHILE DEFT WASON DUTY FOR LMPD AND IN UNIFORM HE SUBJECTED VICTIM TO UNWANTED TOUCHING WHEN HE TIED VICTIM'S HANDS BEHINDHER BACK WITH PLASTIC. DEFTUNTIEDVICTIM WITH A KNIFE WHEN SHE PULLED AWAY FROM HIM. LATER THAT SAME MORNING DEFT FOLLOWED VICTIM INTO THEBACKROOM OF THE STORE WHERE HEGAVE DEFT A HUG AND GAVE HER ANOTHER HUG AND KISS ON THE CHEEK BOTHOF WHICH WERE UNWANTED BY THE VICTIM. DEFT THEN LEFT THE STORE. DEFT WASIN THE STORE FOR APPROXIMATELY ANHOUR AND FIFTY MINUTES WHILEON DUTY. APPROXIMATELY HOUR LATER, WHENDEFT WAS OFF DUTY, DEFT RETURNED TO THE STORE. VICTIM TOLD DEFT SHEWAS NOT INTERESTED IN A RELATIONSHIP AND DEFT LEFT THESTORE AGAIN. ON 03/11/2020 WHILE DEFT WASON DUTY WITH LMPD AND IN UNIFORM,DEFT RETURNED TO THE STORE. DEFT TOLD VICTIM HE WANTED TO SPEAK WITH HER. DEFT EXPRESSED HIS INTERESTAND DESIRE TO BE IN A RELATIONSHIP WITH HER. VICTIM TOLD DEFT SHE WAS NOT INTERESTED IN HIM. DEFT RESPONDED BYTELLING VICTIM HE HOPED SHE WOULDGIVE HIM A KISS.LATER THAT MORNING DEFT FOLLOWED VICTIM ATAPPROXIMATELY 6:10 AM INTHE STORE'S BACKROOM WHERESHE WAS WORKING.UNDER THE GUISE OF PERFORMING A SEARCH, DEFTTOUCHED VICTIM CHEST AREA WITH BOTH HANDS. VICTIM RETURNED TO THE FRONT OF THE STORE AND ATTEMPTED TOAVOID DEFT. DEFT WALKED AROUND THE STORE SPEAKING WITH THE VICTIM AND OTHER EMPLOYEES FOR APPROXIMATELY 45 MINUTES. AT APPROXIMATELY 7 AM, DEFT FOLLOWED VICTIM INTO THE BACKROOM AGAIN. DEFT PROCEEDEDTO PERFORM A"SEARCH" ON THE VICTIM, AND DURING THE INCIDENT HE PUT HIS HAND INTO HER SHIRTAND AROUND VICTIM'S BRA AREA. DEFT THEN GRABBED THE UNDERWIRE OF VICTIM'S BRA AND SHOOK IT. DURING THE INCIDENT DEFT RAN HISHAND UP THEINSIDE OF BOTH HER LEGS. DEFT THEN TOLD VICTIMTO TAKE OFF HER SHOEAND SOCK. WHEN VICTIMREFUSED TO TAKE OFF HER SOCK, DEFT HELD VICTIM'S SHOE AWAY FROM HER. SHORTLY AFTER THE INCIDENT DEFT LEFT THE STORE. DEFT WAS INTHE STORE FOR APPROXIMATELY 2 HOURS AND TWENTY MINUTES WHILE ON DUTY. VICTIM REPORTED THE INCIDENT TOANOTHER LMPD OFFICER.

| Images | 20-M-004870 |
|---|---|
| **MOTION FOR DISCOVERY AND INSPECTION** filed on **05/27/2020**  *Page(s): 3* | |
| **CITATION** filed on **05/27/2020**  *Page(s): 1* | |
| **CITATION** filed on **05/27/2020**  *Page(s): 1* | |
| **NOTICE - OTHER** filed on **12/22/2020**  *Page(s): 1* | |
| **EXHIBIT** filed on **01/06/2021**  *Page(s): 3* | |

**** End of Case Number : 20-M-004870 ****